**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1682**

———————

CHESTER MCELVEEN,

Plaintiff - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES,
Child Support Enforcement Division,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  C. Weston Houck, Chief District
Judge.  (CA-97-3027)

———————

Submitted:  September 30, 1998      Decided:  October 14, 1998

———————

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Chester McElveen, Appellant Pro Se. Kathy Gettys Woods, SOUTH CARO-
LINA DEPARTMENT OF SOCIAL SERVICES, Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Chester McElveen noted this appeal outside the thirty-day appeal period established by Fed. R. App. P. 4(a)(1), failed to obtain an extension of the appeal period within the additional thirty-day period provided by Fed. R. App. P. 4(a)(5), and is not entitled to relief under Fed. R. App. P. 4(a)(6). The time periods established by Fed. R. App. P. 4 are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). The district court entered its order on February 27, 1998; McElveen's notice of appeal was filed on May 4, 1998. McElveen's failure to note a timely appeal or obtain an extension of the appeal period deprives this court of jurisdiction to consider this case. We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2